**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Magistrate Judge Kathleen M. Tafoya

Civil Action No.      19-CV-00889 KMT

LOUISE BURKE, and
NICOLE WILLEY, on behalf of themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

GARY'S KING'S CHEF DINER, LLC,
GARY'S KING'S CHEF DINER 2 LLC,
KING'S CHEF DINER #3 LLC, and
GARY A. GEISER,

Defendants.

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

The named Plaintiffs, through counsel Mary Jo Lowrey and Megan Rafferty, and

Defendants, through counsel Tim Fiene, hereby stipulate and agree to the dismissal of this

lawsuit with prejudice, averring as follows:

Parties negotiated a good faith settlement of the pending disputed claims in a private

agreement in accordance with guidance provided by *Falls v. Pathway Leasing LLC*, Civ. No.

18-cv-00308-CMA-MJW (D. Colo. Nov. 11, 2018).  Pursuant to the agreement, parties now

seek dismissal of this matter, with prejudice, with costs and fees to be borne by the respective

parties unless otherwise agreed.  A proposed confirming Order is being provided and once

issued this lawsuit should be deemed concluded and the court file closed.

Respectfully submitted this 18th day of May, 2020.

LOWREY PARADY LLC

s/___*Mary Jo Lowrey*_____
Mary Jo Lowrey, Esq.
1725 High Street, Suite 1
Denver, CO  80218

*and*

GETMAN, SWEENEY & DUNN PLLP

s/___*Meagan Rafferty*_____
Meagan Rafferty, Esq.
260 Fair Street
Kingston, NY 12401

*Attorneys for Plaintiffs*

*AND*

NATHAN DUMM & MAYER P.C.

s/___*Timothy Fiene*_____
Timothy R. Fiene
7900 E. Union Ave., Suite 600
Denver, CO  80237-2776
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of May, 2020, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Mary Jo Lowrey, Esq.
Lowrey Parady LLC
1725 High Street, Suite 1
Denver, CO  80218
Maryjo@lowrey-parady.com

Michael Sweeney, Esq.
Meagan Rafferty, Esq.
Getman, Sweeney & Dunn PLLP
260 Fair Street
Kingston, NY 12401
msweeney@getmansweeney.com
mrafferty@getmansweeney.com

s/ Timothy R. Fiene
Timothy R. Fiene
*Attorney for Defendants*
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number:  (303) 691-3737
Facsimile:  (303) 757-5106
TFiene@ndm-law.com